FILED: September 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2082
(1:23-cv-01702-LMB-IDD)

_____

PACEM SOLUTIONS INTERNATIONAL, LLC

    Plaintiff - Appellant

v.

U. S. SMALL BUSINESS ADMINISTRATION; EVERETT WOODEL, JR., Acting Administrator of the Small Business Administration

    Defendants - Appellees

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk